# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Raquel Vidal Machado <br><br> Defendant(s) | CRIMINAL NO. 08mj2063 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Isabel Panduro-Rodriguez**

DATED: 7/16/08

RECEIVED
2008 JUL 16 P 4:05
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
                                  J. PARIS
by _____
Deputy Clerk